# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARY P. BENTON,** | : |
| Plaintiff, | : |
| vs. | :  CA 06-0450-KD-C |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | : |
| | : |
| Defendant. | |
| | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 18, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 1st day of May, 2007.

   **s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**